

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2020

No. 04-19-00756-CR

Teanna Danielle **SAN NICOLAS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR9270C
Honorable Jefferson Moore, Judge Presiding

## O R D E R

On January 14, 2020, we notified the court reporter, Debbie Doolittle, that the volume(s) of the reporter's record she is responsible for preparing is late. On January 22, 2020, Ms. Doolittle responded and requested a thirty-day extension of time to file her portion of the reporter's record. The request is GRANTED. It is ORDERED that Ms. Doolittle's portion of the reporter's record is due no later than February 14, 2020.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2020.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court